# Exhibit "A"

PLD-PI-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*
Yue Wang
110 N Lincoln Ave,
Monterey Park, CA 91755

TELEPHONE NO: 626-492-4950       FAX NO. *(Optional)*: None
E-MAIL ADDRESS *(Optional):* celinawang617@gmail.com
ATTORNEY FOR *(Name):* None

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** LOS ANGELES
STREET ADDRESS: 150 W Commonwealth Ave
MAILING ADDRESS: Same Above
CITY AND ZIP CODE: Alhambra, CA 91801
BRANCH NAME: Alhambra Courthouse

PLAINTIFF: Yue Wang

DEFENDANT: Monterey Park Police Dept,Perter P,Connar Crabtree, and Cang Sou

☐ DOES 1 TO _____          Complaint-Civil Rights

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**
☐ **AMENDED** *(Number):* N/A

FOR COURT USE ONLY

**CONFORMED COPY
ORIGINAL FILED**
Superior Court of California
County of Los Angeles

**JAN 0 6 2023**

David W. Slayton, Executive Officer/Clerk of Court

CASE NUMBER:

**23AHCV00043**

**Type** *(check all that apply):*
☐ MOTOR VEHICLE   ☒ OTHER *(specify):* Civil Rights
☒ Property Damage   ☐ Wrongful Death
☐ Personal Injury   ☒ Other Damages *(specify):* Mental Behavior Injury

**Jurisdiction** *(check all that apply):*
☐ **ACTION IS A LIMITED CIVIL CASE**
  Amount demanded  ☐ does not exceed $10,000
                   ☐ exceeds $10,000, but does not exceed $25,000
☒ **ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)**
☐ **ACTION IS RECLASSIFIED by this amended complaint**
  ☐ from limited to unlimited
  ☐ from unlimited to limited

1. **Plaintiff** *(name or names):* Yue Wang

   alleges causes of action against **defendant** *(name or names):*
   Monterey Park Police Department, Perter P, Connar Crabtree, and Cang Sou.

2. This pleading, including attachments and exhibits, consists of the following number of pages:

3. Each plaintiff named above is a competent adult
   a. ☐ **except** plaintiff *(name):* N/A
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity *(describe):* N/A
      (3) ☐ a public entity *(describe):* N/A
      (4) ☐ a minor   ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐ other *(specify):* N/A
      (5) ☐ other *(specify):* N/A
   b. ☐ **except** plaintiff *(name):* N/A
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity *(describe):* N/A
      (3) ☐ a public entity *(describe):* N/A
      (4) ☐ a minor   ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐ other *(specify):* N/A
      (5) ☐ other *(specify):* N/A

   ☐ Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]

**COMPLAINT—Personal Injury, Property
Damage, Wrongful Death**

Code of Civil Procedure, § 425.12
www.courts.ca.gov

PLD-PI-001

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Yue Wang v. Monterey Park Police Department, et al. | 23AHC.000 3 |

4. ☐ Plaintiff (name): N/A
   is doing business under the fictitious name (specify):
   N/A
   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person

   a. ☒ **except** defendant (name): Monterey Park Police Dept.
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
          N/A
      (4) ☒ a public entity (describe):
          A Law Enforcement
      (5) ☐ other (specify):
          N/A

   c. ☐ **except** defendant (name): N/A
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
          N/A
      (4) ☐ a public entity (describe):
          N/A
      (5) ☐ other (specify):
          N/A

   b. ☐ **except** defendant (name): N/A
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
          N/A
      (4) ☐ a public entity (describe):
          N/A
      (5) ☐ other (specify):
          N/A

   d. ☐ **except** defendant (name): N/A
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
          N/A
      (4) ☐ a public entity (describe):
          N/A
      (5) ☐ other (specify):
          N/A

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☐ Doe defendants (specify Doe numbers): N/A _____ were the agents or employees of other
       named defendants and acted within the scope of that agency or employment.
   b. ☐ Doe defendants (specify Doe numbers): N/A _____ are persons whose capacities are unknown to
       plaintiff.

7. ☒ Defendants who are joined under Code of Civil Procedure section 382 are (names):
       Monterey Park Police Department, Peter Palomino, Connor Crabtree, and Cang Sou.

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☒ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☒ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other (specify):
       N/A

9. ☐ Plaintiff is required to comply with a claims statute, **and**
   a. ☐ has complied with applicable claims statutes, **or**
   b. ☐ is excused from complying because (specify):
       N/A

**COMPLAINT—Personal Injury, Property
Damage, Wrongful Death**

PLD-PI-001

CASE NUMBER: 23 AHC 000 3

SHORT TITLE:
Yue Wang v. Monterey Park Police Department, et al.

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:

a. ☐ Motor Vehicle
b. ☒ General Negligence
c. ☒ Intentional Tort
d. ☐ Products Liability
e. ☐ Premises Liability
f. ☒ Other *(specify)*:
   As a direct result of the additional two days of hellish prison life, Plaintiff has sustained economic damages of lost work in the amount of $2,000 from 01/19/22 to 01/21/22 for two days, and Plaintiff has become not to trust police officers any more, she is afraid to see them and needs psychological counseling, Plaintiff has sustained non-economic damages due

11. Plaintiff has suffered
a. ☒ wage loss
b. ☒ loss of use of property
c. ☐ hospital and medical expenses
d. ☐ general damage
e. ☐ property damage
f. ☐ loss of earning capacity
g. ☒ other damage *(specify)*:
   From what has been discussed above, as a direct result of Defendants' actions, Plaintiff has become not to trust police officers since then, is afraid to see law enforcements, and needs psychological counseling. Plaintiff has sustained non-economic damages due to psychological pain, suffering, humiliation, and inconvenience in the amount of $50,000.

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
a. ☐ listed in Attachment 12.
b. ☐ as follows:
   N/A

13. The relief sought in this complaint is within the jurisdiction of this court.
The fact that Plaintiff's civil rights were violated by the Defendants occurred within the jurisdiction of this court. Since the Defendants resolutely refused to admit that the infringement caused to the Plaintiff, the Plaintiff has to request the court to make a civil relief judgment.

14. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
a. (1) ☒ compensatory damages
   (2) ☒ punitive damages *(in cases for personal injury or wrongful death, you must check (1))*:
   The amount of damages is
   (1) ☐ according to proof
   (2) ☒ in the amount of: $ 78,100.00

15. ☒ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers)*:

Date: 01/06/2023

Yue Wang
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

Page 3 o

PLD-PI-001 [Rev. January 1, 2007]

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

PLD-PI-001(2)

| SHORT TITLE:<br>Yue Wang v. Monterey Park Police Department, et al. | CASE NUMBER:<br>23AHC .0004 3 |
|---|---|

## CAUSE OF ACTION—General Negligence

Page _____

_____
(number)

ATTACHMENT TO  [ x ] Complaint      [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name)*:  Yue Wang

alleges that defendant *(name)*:   Monterey Park Police Department, Peter Palomino, Connor Crabtree, and Cang Sou

[ ] Does _____ to _____

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff

on *(date)*: 01/12/2022 to 01/22/2022

at *(place)*:   Pacifica Hospital of the Valley, and Century Regional Detention Facility

*(description of reasons for liability)*:
    From 01/13/22 to 01/22/22, Plaintiff had been held both in a mental hospital and a prison for double punishments, two detentions for the same case. Plaintiff is a diabetic and is a high-risk infection of the COVID-19, and two detentions caused the Plaintiff's body at risk of COVID-19 infection in different public settings. Plaintiff believed that the acts of the Defendants were intentional in failing to protect Plaintiff' body safe and that, at minimum, Defendants were deliberately indifferent to the likely consequence that the plaintiff was being thrown into a psychiatric hospital and putting into a jail without due process based on the statutory violations of the law.

    By arresting twice, and detaining first in a mental hospital and then holding in jail, the acts of Defendants have created a danger for Plaintiff by exposing her to the risk of CVOVID-19 infection in a high-risk vulnerable hospital first and a jail with poor sanitation second.

    As a direct result of the additional two days of hellish prison life, Plaintiff has sustained economic damages of lost work in the amount of $2,000 from 01/19/22 to 01/21/22 for two days, and Plaintiff has become not to trust police officers any more, she is afraid to see them and needs psychological counseling, Plaintiff has sustained non-economic damages due to psychological pain, suffering, humiliation, and inconvenience in the amount of $10,000.

    For additional information, please see the Plaintiff's Complaint Documents attached.

Page 1 of 1

PLD-PI-001(3)

| SHORT TITLE:<br>Yue Wang v. Monterey Park Police Department, et al. | CASE NUMBER:<br>23AHC.00083 |
|---|---|

**CAUSE OF ACTION—Intentional Tort**          Page _____

_____
(number)

ATTACHMENT TO   [ x ] Complaint   [  ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

IT-1. Plaintiff *(name):* Yue Wang

alleges that defendant *(name):* Monterey Park Police Department, Peter Palomino, Connor Crabtree, and Cang Sou.

[ x ] Does _____ to _____

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant intentionally
caused the damage to plaintiff

on *(date):* 01/12/2022 to 01/22/2022

at *(place):* Pacifica Hospital of the Valley, and Century Regional Detention Facility

*(description of reasons for liability):*

False Imprisonment: California Penal Code section 236;

Under California Penal Code section 825, the defendant shall in all cases be taken before the magistrate without unnecessary delay, and, in any event, within 48 hours after his or her arrest, excluding Sundays and holidays. On 01/21/22, the Defendants-Peter Palomino, Connor Crabtree, Cang Sou did not notify the jail in advance of Plaintiff's arraignment date and did not notify the Plaintiff to appear in court. At 8:30 a.m. 01/21/22, the Plaintiff was not brought to the court for arraignment and prosecution, and there was no one informed the Plaintiff of the reasons for the continued detention, which caused the Plaintiff to have a nervous breakdown and extreme despair in jail. Instead of filing a charge within 48 hours, the Defendants continued to hold the Plaintiff for additional 14 hours after the 48 hours expired. Defendant's actions violated California Penal Code section 825.

According to the Inmate Information of LA county Sheriff Department showed, the DA rejected the Plaintiff's Domestic Violence charge per California Penal Code section 849.5, and according to Plaintiff's criminal record, the Defendants' arrest and prosecution lacked of sufficient evidence, which means that the Defendants arrested the Plaintiff without a warrant and without due process. However, from 10:42 am, 01/19/22, to 00:17 am, 01/22/22, the Plaintiff was detained for a full 62 hours, 14 hours more than the reasonable 48 hours. That means, instead of releasing Plaintiff immediately after the DA rejecting, the Defendants continued to detain Plaintiff for additional 14 hours until 00:17 am, 01/22/22. Therefore, Defendants' actions as described above constitute an unreasonable and unlawful deprive of Plaintiff's liberty. Under California Penal Code section 236, false imprisonment is illegal, and the Defendants' action was in violation of the law.

From what has been discussed above, as a direct result of Defendants' actions, Plaintiff has become not to trust police officers since then, is afraid to see law enforcements, and needs psychological counseling. Plaintiff has sustained non-economic damages due to psychological pain, suffering, humiliation, and inconvenience in the amount of $50,000.

For additional information, please see the Complaint Document in attached.

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(3) [Rev. January 1, 2007]

**CAUSE OF ACTION—Intentional Tort**

Code of Civil Procedure, § 425.12
www.courts.ca.gov

PLD-PI-001(6)

| SHORT TITLE: Yue Wang v. Monterey Park Police Department, et al. | CASE NUMBER: 23AHC 00043 |
|---|---|

## Exemplary Damages Attachment

Page _____

ATTACHMENT TO    [✓] Complaint    [ ] Cross - Complaint

EX-1. As additional damages against defendant *(name)*:
Monterey Park Police Department, Peter Palomino, Connor Crabtree, and Cang Sou.

Plaintiff alleges defendant was guilty of
[✓] malice
[ ] fraud
[ ] oppression
as defined in Civil Code section 3294, and plaintiff should recover, in addition to actual damages, damages to make an example of and to punish defendant.

EX-2. The facts supporting plaintiff's claim are as follows:

On 08/20/2020, Plaintiff was arrested by the Defendant Monterey Park Police Department; On 09/18/2020, Defendant MPPD accused Plaintiff of a Misdemeanor "Domestic Violence"; On 07/13/2021, because Plaintiff Wang had been claiming her innocence and is ready for Jury-Trial, the Defendant MPPD had been looking for witnesses; On 06/02/2021, because Defendant MPPD had been unable to find a favorable witness to accuse the Plaintiff Wang, the Criminal Charge against Plaintiff was dismissed.

From 01/13/22 to 01/22/22, Plaintiff had been held both in a mental hospital and a prison for double punishments, two detentions for the same case. Plaintiff is a diabetic and is a high-risk infection of the COVID-19, and two detentions caused the Plaintiff's body at risk of COVID-19 infection in different public settings. Plaintiff believed that the acts of the Defendants were intentional in failing to protect Plaintiff' body safe and that, at minimum, Defendants were deliberately indifferent to the likely consequence that the plaintiff was being thrown into a psychiatric hospital and putting into a jail without due process based on the statutory violations of the law. Moreover, on 01/12/22, the Plaintiff called the police was under the condition that she was completely clamming down and her emotion was stable, and Plaintiff had left the room, a place that incident happened. Conversely, without giving the reason for the arrest, without due process, without having any Chinese translator, without informing Plaintiff that she had the right to hire a lawyer, Defendants suddenly arrested her, and arbitrarily thought that Plaintiff was a mental patient and she wanted to self-harm, and sent her to Pacifica Hospital of the Valley for compulsory treatment. Defendants violated Plaintiff's Fourth Amendment rights and arrested her without a warrant.

Therefore, Plaintiff alleges Defendants were guilty of malice, and Defendants most likely acted in retaliation against Plaintiff, who had a criminal charge dismissed in 07/2021 because the MPPD was unable to locate witnesses. Please see Plaintiff's Complaint Documents attached.

EX-3. The amount of exemplary damages sought is
a. [✓] not shown, pursuant to Code of Civil Procedure section 425.10.
b. [ ] $ _____

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(6) [Rev. January 1, 2007]

**Exemplary Damages Attachment**

Yue Wang
*Plaintiff, pro se*
455 N Raymond Ave APT 210,
Pasadena, CA 91103
626-492-4950
celinawang617@gmail.com

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF LOS ANGELES

## ALHAMBRA DIVISION

|  |  |
|---|---|
| **YUE WANG**<br><br>Plaintiff,<br><br>v.<br><br>**MONTEREY PARK POLICE DEPARTMENT** and **PETER PALOMINO, CONNOR CRABTREE, CANG SOU,** in their official and individual capacities,<br><br>Defendants. | Case No.: **23 AHCV0004**<br><br>**CIVIL RIGHTS COMPLAINT:**<br>42 U.S.C. § 1983: FOURTH, FIFTH, AND FOURTEENTH AMENDMENTS;<br><br>**CALIFORNIA CONSTITUTION:**<br>ARTICLE I, §§ 7 and 13;<br>CALIFORNIA CIVIL CODE §52.1;<br>COMMON LAW TORT CLAIMS |

PLAINTIFF, YUE WANG, appearing *pro se*, bring this COMPLAINT against

Defendants MONTEREY PARK POLICE DEPARTMENT and PETER PALOMINO, CONNOR

CRABTREE, CANG SOU and alleges as follows:

### JURISDICTION AND VENUE

1.

This is an action for injunctive relief and damages pursuant to 42 U.S.C. § 1983 based

upon the continuing violations of Plaintiff's rights under the Fourth, Fifth and Fourteenth

Amendments to the United States Constitution. Jurisdiction exists pursuant to 28 U.S.C. § 1331

and 1343 based on 42 U.S.C. §1983 and questions of federal constitutional law. Jurisdiction also

**COMPLAINT**, page 1 of 21

exists under the Declaratory Judgment Act, 28 U.S.C. §§ 2201(a) and 2202. Supplemental

jurisdiction over Plaintiff's state law claims is pursuant to 28 U.S.C. §1367.

2.

Venue is proper in the Los Angeles County, California in that the events and conduct

complained of herein all occurred in the Los Angeles County, California.

## PARTIS

### PLAINTIFF

**Yue Wang**

3.

Plaintiff YUE WANG has immigrated to United States for 6 years. From 2008 to November

of 2016, YUE WANG has been engaged in consulting work in China for studying abroad,

immigration, visa, etc, she is an excellent immigration consultant. In December of 2016, YUE

WANG immigrated to California, she lived in Arcadia city of Los Angeles County for 2 years,

then moved to Monterey Park city and lived in it for 4 years. During these 6 years, MS.WANG

not only worked hard, but she also obtained the California Notary Public Commission, Real

Estate License and Insurance License.

4.

On 01/12/22, as a victim of Domestic Violence and as an Asian woman, YUE WANG  was

hoping to be protected, so she called the police for help, however, the policemen from Monterey

Park Police Department arrested her without a warrant, and even without investigating the

authenticity of the video provided by the other party (referring to YUE WANG's boyfriend Zijie

Li). Moreover, policemen of MPPD arbitrarily thought that Plaintiff was a mental patient and she

COMPLAINT, page 2 of 21

wanted to self-harm, and sent her to Pacifica Hospital of the Valley for compulsory treatment.

5.

From 01/13/22 to 01/18/22, YUE WANG lived in Pacifica Hospital of the Valley with nightmares for 6 days. The police sent Plaintiff to a mental health hospital without any probable evidences or warnings, it's worth mentioning that Plaintiff had no mental illness at all before this incident, she only had diabetes. From 01/13 to 01/15, Plaintiff was inexplicably detained in this mental hospital for 72 hours holding. On 01/19, Plaintiff was released after appealing.

6.

On 10:30 am, 01/19/22, when YUE WANG was released, she found that there were three police officers from Monterey Park Police Department standing outside the elevator gate of hospital building. Again, without warning, without a warrant, without informing the right to hire a lawyer, the Defendants suddenly arrested Plaintiff. Among them, Chia Luo, who was a translator, told Plaintiff that she would be arrested for Domestic Violence, and charged her a $50,000 bailout. In the afternoon, under the circumstance that Plaintiff kept refusing to be transferred to another jail, Policemen Connor Crabtree and Cang Sou arbitrarily transferred YUE WANG to Century Regional Detention Facility.

7.

From January 01/19/22 to 01/22/22, for another 62 hours, YUE WANG once again experienced a nightmarish prison life: there were no Chinese-speaking staff or doctors who clearly told her what the rights were, and there were no free phone calls in jail. Moreover, Plaintiff's family was completely unaware of her situation. Plaintiff felt very scared and hopeless. On 01/21/22, 11:00 am, after being held for 48 hours, Plaintiff found herself had not

been transferred to the courthouse for the arraignment, and no one wake her up. At 11:00 pm, suddenly, the jail opened the Plaintiff's door, and the reason was that her charge had been rejected by DA in the morning. That means Plaintiff had been held for 48 hours, plus 14 hours, for a total of 62 hours in jail.

**DEFENDANTS**

8.

Defendant Monterey Park Police Department ("MPPD") is law enforcement with the capacity to sue and be sued. Employees of the MPPD have engaged in the acts complained of herein pursuant to the policies, practices and customs of the MPPD.

9.

Defendants Peter Palomino, Connor Crabtree, Cang Sou are all police officers in the Monterey Park Police Department and presently assigned to East Los Angeles County. They are the individual employees of Defendant MPPD who were on site and directed the unlawful seizure and destruction of Plaintiffs' property and directed the false arrest and false imprisonment of the Plaintiff on a felony crime of domestic violence.

10.

Each of the Defendants, their employees and agents, participated personally in the unlawful conduct challenged herein and, to the extent that they did not personally participate, authorized, acquiesced, set in motion, or otherwise failed to take necessary steps to prevent the acts that resulted in the unlawful conduct and the harm suffered by Plaintiff. Each acted in concert with each other. The challenged acts caused the violation of Plaintiff's rights.

## ALLEGATIONS OF FACT

"To the Jews who had believed him, Jesus said, "If you hold to my teaching, you are really my disciples. Then you will know the truth, and the truth will set you free." *John 8:31–32 ESV.*

11

On 08/20/2020, Plaintiff was arrested by the Defendant Monterey Park Police Department. On 09/18/2020, Defendant MPPD accused Plaintiff of a Misdemeanor "Domestic Violence", and the Case number was 0AM02800. On 07/13/2021, because Plaintiff Wang had been claiming her innocence and is ready for Jury-Trial, the Defendant MPPD had been looking for witnesses. On 06/02/2021, because Defendant MPPD had been unable to find a favorable witness to accuse the Plaintiff Wang, the Criminal Charge against Plaintiff was dismissed.

12

On 01/12/22, at night, Plaintiff had an argument with her boyfriend Zijie Li about money. Zijie Li used his wrist to restrain Plaintiff's neck deadly, making her feel about to die, Plaintiff couldn't breathe. At that time, Plaintiff had no chance to do self-defense because she had been strangled by Zijie Li so tightly that she could not fight back. After both of them calmed down, Plaintiff got dressed and ran outside the house and called 911. When police came, they took pictures of Plaintiff and then obtained her handwritten testimony in Chinese. Ten minutes later, without warning, the Defendants did not give any reasons for the arrest, did not have any Chinese translation, did not inform Plaintiff that she had the right to hire a lawyer, and they suddenly arrested her.

13.

On 01/13/22, 4:00-5:00 am, without telling Plaintiff the reasons, Defendants sent Plaintiff

to an unknown hospital, probably in Los Angeles city. That afternoon, the Los Angeles city's unknown hospital transferred Plaintiff to Pacifica Hospital of the Valley, the address is: 9449 San Fernando Rd, Sun Valley, CA 91352. From 01/13 to 01/18, Plaintiff lived in this general acute care hospital with nightmares for 6 days. The Defendants sent Plaintiff to a mental health hospital without any probable evidences or warnings, it's worth mentioning that Plaintiff had no mental illness at all before this incident, she only had diabetes. From 01/13/22 to 01/15/22, Plaintiff was inexplicably detained in this mental hospital for 72 hours holding. On 01/16/22, Plaintiff suddenly received a notice which showed that she had to be detained for an additional 14 days. That means from 01/16 to 01/29, after being detained for 72 hours, Plaintiff would be detained in that facility as a mental patient for an additional 14 days. On 01/19, Plaintiff was released after appealing.

14.

On 01/19/22, 10:30 am, when Plaintiff was released, strangely she found that there were three police officers from Monterey Park Police Department standing outside the elevator gate of hospital building. Again, without warning, without a warrant, without informing the right to hire a lawyer, the Defendants suddenly arrested Plaintiff. The arrested location was in Pacifica Hospital of the Valley, three policemen were Connor Crabtree, Cang Sou, and Chia Luo. Among them, Chia Luo, as a translator, told Plaintiff, "You are arrested for Domestic Violence!" Plaintiff queried: "Why? It's my boyfriend who attacked me!" but Chia kept silent. Then the Defendants rudely took Plaintiff into the car and drove directly back to Monterey Park Police Department. In the police car, Plaintiff kept asking how much bail what did she need, the Defendants charged a $50,000 bailout. In the afternoon, under the circumstance that Plaintiff kept refusing to be

transferred to another jail, Defendants Connor Crabtree and Cang Sou arbitrarily transferred her to Century Regional Detention Facility, the address is: 1705 S Alameda St, Los Angeles, CA 90059.

15.

From January 01/19/22 to 01/22/22, for another 62 hours, Plaintiff once again experienced a nightmarish prison life: there were no Chinese-speaking staff or doctors who clearly told her what the rights were, and there were no free phone calls in jail. Moreover, Plaintiff's family was completely unaware of her situation. Plaintiff felt very scared and hopeless.

16.

On 01/21/22, 11:00 am, after being held for 48 hours, Plaintiff found herself had not been transferred to the courthouse for the arraignment, and no one wake her up in jail. Once again, Plaintiff was in despair. In the afternoon, Plaintiff filled out a request form and an emergency form in jail, looking for a Chinese-speaking doctor, staff or friend of the jail's staff who could help her make a phone call to ask her family to bail her out, but in vain. At 11:00 pm, suddenly, the jail opened the Plaintiff's door, and the reason was that her charge had been rejected by DA in the morning. That means Plaintiff had been held for 48 hours, plus 14 hours, for a total of 62 hours in jail.

17.

Finally, after 9 days of detention (144 hours holding in a mental hospital and 62 hours in jail) without any probable cause, without a warrant, and without a notice, Plaintiff was released to home.

COMPLAINT, page 7 of 21

18.

On 01/24/22, Plaintiff went to the Monterey Park Police Department and asked the police Cang Sou to return her personal cosmetics (3 bottles of shampoo, 3 bottles of shower gel, 6 tubes of ointment, and 1 bottle of mouthwash) ,which had been seized by him when Plaintiff was arrested on 01/19/22. One of officers of MPPD provided Plaintiff with a phone number, Plaintiff made numerous calls to Defendant Cang Sou, but the Defendant had never answered the phone and called back.

19.

On 01/24/22 and 01/29/22, Plaintiff went to the Alhambra courthouse, the address is 150 W Commonwealth Ave, Alhambra, CA 91801. Her purpose was to inquire about the process of her case and get a detailed record: Who did approve the arrest on 01/19/22? Who was the District Attorney? Who was the judge on the day of the arraignment? Who did finally dismiss the charge? However, to Plaintiff's great surprise, the clerk of Alhambra Court clearly said there were no case, no DA, no warrant, no $50,000 bailout relating to the Plaintiff existed. That means the Plaintiff's full 62 hours' detention from 01/19/22 to 01/22/22 is totally a joke, Plaintiff was wronged by 62 hours in jail .When Plaintiff came out of the court, she immediately called to the Monterey Park Police Department, but the officer who picked up phone said she did not know. Plaintiff asked, "When did your apartment send my case to Alhambra Court for charge and arraignment?" The officer replied the date was 01/21/22. And through talking, Plaintiff got another Defendant-Peter Palomino, who was the main person in charge of this whole incident, and was the mastermind behind this whole process.

20.

On 03/09/22, Plaintiff tried to communicate with one of the Watch Commanders of Monterey Park Police Department for her complaint, but she did not get a satisfactory answer. In response to Plaintiff's questions about the police violation of the civil rights and whether the Monterey Park Police Department have a jurisdiction without a warrant in another city-Sun Valley, not only did they not admit their mistakes, but they kept making excuses to justify. Moreover, for the fact that Defendants should charge Plaintiff within 48 hours after arresting, but they did not do so and continued to hold Plaintiff for additional 14 hours, the watch commander from MPPD replied that Century Regional Detention Facility was not theirs, and it's none of their business.

### CLAIMS FOR RELIEF

### FIRST CLAIM FOR RELIEF

**Right to Be Secure From Unreasonable Seizures;**

**42 U.S.C. §1983; Fourth Amendment; Art. 1, §13, California Constitution**

21.

Plaintiff realleges and incorporates the allegations set forth in the preceding paragraphs as though fully set forth hereat.

22.

On 01/12/22, Defendants violated Plaintiff's Fourth Amendment rights to be free from unreasonable seizure of their persons by unreasonable searches and arrests without a warrant. Defendants violated Plaintiff's civil rights, as a victim of Domestic Violence and as an Asian woman, Plaintiff who was hoping to be protected, so she called the police for help, however, Defendants arrested her without a warrant, and even without investigating the authenticity of the

COMPLAINT, page 9 of 21

video provided by the other party (referring to Plaintiff's boyfriend Zijie Li).

23.

Moreover, on 01/12/22, the Plaintiff called the police was under the condition that she was completely clamming down and her emotion was stable, and Plaintiff had left the room, a place that incident happened. Conversely, without giving the reason for the arrest, without due process, without having any Chinese translator, without informing Plaintiff that she had the right to hire a lawyer, Defendants suddenly arrested her, and arbitrarily thought that Plaintiff was a mental patient and she wanted to self-harm, and sent her to Pacifica Hospital of the Valley for compulsory treatment. Defendants violated Plaintiff's Fourth Amendment rights to be free from unreasonable seizure of their persons by unreasonable searches and arrests without a warrant.

24.

As a direct result of Defendants' actions, Plaintiff has sustained economic damages of lost work in the amount of $6,000 from 01/13/22 to 01/18/22 for six days, and Plaintiff has become not to trust police officers since then, she is afraid to see police and needs psychological counseling, Plaintiff has sustained non-economic damages due to psychological pain, suffering, humiliation, and inconvenience in the amount of $10,000.

25.

On 01/19/22, Defendants violated Plaintiffs rights to be free from false arrest. On 01/21/22, after detaining for 48 hours, the defendants continued to detain the plaintiff for additional 14 hours, Defendants violated Plaintiffs rights to be free from false imprisonment. These unlawful actions were done with the specific intent to deprive Plaintiff of her constitutional rights to be secure in their persons.

26.

Plaintiff believed that the acts of the Defendants were intentional in failing to protect Plaintiff' body safe and that, at minimum, Defendants were deliberately indifferent to the likely consequence that the plaintiff was being thrown into a psychiatric hospital as a normal person, based on the past circumstances of similar constitutional and statutory violations of the law.

## SECOND CLAIM FOR RELIEF

### RIGHT TO DUE PROCESS OF LAW;

### 42 U.S.C. § 1983; FIFTH AND FOURTEENTH AMENDMENTS; ART. I, § 7

27.

Plaintiff realleges and incorporates the allegations set forth in the preceding paragraphs as though fully set forth hereat.

28.

On 01/12/22, as a victim of Domestic Violence and as an Asian woman, Plaintiff who was hoping to be protected, so she called the police for help, however, Defendants arrested her without a warrant, and even without investigating the authenticity of the video provided by the other party, Defendants owed Plaintiff a duty under the due process clauses of the Fifth and Fourteenth Amendments to the U.S. Constitution and Article I, § 7 of the California Constitution to protect the personal liberty of the Plaintiffs.

29.

On 01/19/22, Defendants violated Plaintiff's Fifth Amendment rights that nor shall any person be subject for the same offence to be twice put in jeopardy of life or limb. The two arrests on Plaintiff are contradictory. Since the Defendants believed that Plaintiff had mental problems,

they should sent her to the mental hospital for treatment because Plaintiff was a patient instead of detention; on the other side, since the Defendants believed that Plaintiff was a normal person who violated the law, they should arrested her and sent her to the jail directly on 01/12/22 instead of six days later. On 01/19/22, after Plaintiff has been sent into a psychiatric hospital for six days, Defendants drove to a city which is 25 miles away, and made the second arrest to Plaintiff (a patient) who had just left the hospital without a warrant, Defendants have seized the personal liberty of the Plaintiff without due process, lawful justification, or just compensation.

30.

From 01/13/22 to 01/22/22, Plaintiff had been held both in a mental hospital and a prison for double punishments, two detentions for the same case. Plaintiff is a diabetic and is a high-risk infection of the COVID-19, and two detentions caused the Plaintiff's body at risk of COVID-19 infection in different public settings. Plaintiff believed that the acts of the Defendants were intentional in failing to protect Plaintiff' body safe and that, at minimum, Defendants were deliberately indifferent to the likely consequence that the plaintiff was being thrown into a psychiatric hospital and putting into a jail without due process based on the statutory violations of the law.

31.

As a direct result of the additional two days of hellish prison life, Plaintiff has sustained economic damages of lost work in the amount of $2,000 from 01/19/22 to 01/21/22 for two days, and Plaintiff has become not to trust police officers any more, she is afraid to see them and needs psychological counseling, Plaintiff has sustained non-economic damages due to psychological pain, suffering, humiliation, and inconvenience in the amount of $10,000.

**COMPLAINT**, page 12 of 21

## THIRD CLAIM FOR RELIEF

### Violation of Civil Rights;

### 42 U.S.C. § 1983; Fourteenth Amendment; State Created Danger

32.

Plaintiff realleges and incorporates the allegations set forth in the preceding paragraphs as though fully set forth hereat.

33.

By arresting twice, and detaining first in a mental hospital and then holding in jail, the acts of Defendants have created a danger for Plaintiff by exposing her to the risk of CVOVID-19 infection in a high-risk vulnerable hospital first and a jail with poor sanitation second.

34.

As a direct and proximate consequence of the acts of Defendants, Plaintiffs have suffered and continue to suffer actual and potential injury to their health and safety and are entitled to compensatory damages for her liberty and other injury to her person.

## FOURTH CLAIM FOR RELIEF

### Violation of Civil Rights: Interference By Threat, Intimidation or Coercion

### California Civil Code § 52.1

35.

Plaintiff realleges and incorporates the allegations set forth in the preceding paragraphs as though fully set forth hereat.

36.

On 01/12/22, when the Defendants were arresting Plaintiff without a Chinese translator present, nor did they inform the Plaintiff of the reason for her arrest, Plaintiff was very scared because she is an Asian who is not fluent in spoken English. On 01/19/22, at the gate of the hospital, the Plaintiff was again frightened by the sudden arrival of the police, and did not dare to use her due rights as a citizen. Therefore, Defendants have used arrests, threats of arrest and intimidation to interfere with Plaintiff's rights to maintain her personal liberty in the exercise of Plaintiff's rights secured by the Constitution of the United States, the Constitution of the State of California, and the statutory laws of the State of California.

37.

Plaintiff is entitled to an injunction pursuant to California Civil Code §52.1. Plaintiff is also entitled to damages pursuant to Civil Code §§ 52 and 52.1.

## FIFTH CLAIM FOR RELIEF

### California Civil Code § 2080, et seq.

38.

Plaintiff realleges and incorporates the allegations set forth in the preceding paragraph 17 as though fully set forth hereat.

39.

On 01/19/2022, Plaintiff's personal belongings were unreasonably seized and held by the Defendant-Cang Sou during the second arrest, including two bottles of shower gel, three bottles of lotion, and six small tubes of toothpaste. On 01/24/22, after being releasing, Plaintiff went to the Monterey Park Police Department and asked the Defendant Cang Sou to return her personal

cosmetics (3 bottles of shampoo, 3 bottles of shower gel, 6 tubes of ointment, and 1 bottle of mouthwash) ,which had been seized by him on 01/19/22. One of officers provided Plaintiff with a phone number, Plaintiff made numerous calls to Defendant Cang Sou, but the Defendant had never answered the phone and called back. Defendant's policies, practices and conduct challenged herein violated California Civil Code § 2080 et seq., in that Defendant Cang Sou failed to protect and preserve the personal property of Plaintiff when the property was placed in the trunk of the police vehicle; failed to provide written notice that the property would be taken and failed to provide post-deprivation notice so that Plaintiff would have the opportunity to reclaim it within a reasonable time. California Code of Civil Procedure § 2080 et seq. imposes a mandatory duty to maintain property that is not abandoned.

40.

As a direct result of Defendants' actions, Plaintiff has sustained economic damages in the amount of $100 as described above.

### SIXTH CLAIM FOR RELIEF
**False Arrest**

41.

Plaintiff realleges and incorporates the allegations set forth in the preceding paragraphs as though fully set forth hereat.

42.

Plaintiff was falsely arrested for felony of "Domestic Violence". On 01/12/22, Defendants were informed that the Plaintiff was attacked by her boyfriend. Despite this, Defendants arrested Plaintiff on 01/19/22. No charges were filed against the Plaintiff.

**COMPLAINT**, page 15 of 21

43.

As a direct and proximate consequence of the acts of Defendants, Plaintiff has suffered and continued to suffer injury.

## SEVENTH CLAIM FOR RELIEF

### False Imprisonment: California Penal Code section 236;

44.

Plaintiff realleges and incorporates the allegations set forth in the preceding paragraphs as though fully set forth hereat.

45.

Under California Penal Code section 825, the defendant shall in all cases be taken before the magistrate without unnecessary delay, and, in any event, within 48 hours after his or her arrest, excluding Sundays and holidays. On 01/21/22, the Defendants-Peter Palomino, Connor Crabtree, Cang Sou did not notify the jail in advance of Plaintiff's arraignment date and did not notify the Plaintiff to appear in court. At 8:30 a.m. 01/21/22, the Plaintiff was not brought to the court for arraignment and prosecution, and there was no one informed the Plaintiff of the reasons for the continued detention, which caused the Plaintiff to have a nervous breakdown and extreme despair in jail. Instead of filing a charge within 48 hours, the Defendants continued to hold the Plaintiff for additional 14 hours after the 48 hours expired. Defendant's actions violated California Penal Code section 825.

46.

According to the Inmate Information of LA county Sheriff Department showed, the DA

rejected the Plaintiff's Domestic Violence charge per California Penal Code section 849.5, and according to Plaintiff's criminal record, the Defendants' arrest and prosecution lacked of sufficient evidence, which means that the Defendants arrested the Plaintiff without a warrant and without due process. However, from 10:42 am, 01/19/22, to 00:17 am, 01/22/22, the Plaintiff was detained for a full 62 hours, 14 hours more than the reasonable 48 hours. That means, instead of releasing Plaintiff immediately after the DA rejecting, the Defendants continued to detain Plaintiff for additional 14 hours until 00:17 am, 01/22/22. Therefore, Defendants' actions as described above constitute an unreasonable and unlawful deprive of Plaintiff's liberty. Under California Penal Code section 236, false imprisonment is illegal, and the Defendants' action was in violation of the law.

<div align="center">47.</div>

From what has been discussed above, as a direct result of Defendants' actions, Plaintiff has become not to trust police officers since then, is afraid to see law enforcements, and needs psychological counseling. Plaintiff has sustained non-economic damages due to psychological pain, suffering, humiliation, and inconvenience in the amount of $50,000.

<div align="center">

**EIGHTH CLAIM FOR RELIEF**

**Guilty Of Malice**

48.

</div>

Plaintiff realleges and incorporates the allegations set forth in the preceding paragraphs as though fully set forth hereat.

<div align="center">49</div>

**COMPLAINT**, page 17 of 21

On 08/20/2020, Plaintiff was arrested by the Defendant Monterey Park Police Department. On 09/18/2020, Defendant MPPD accused Plaintiff of a Misdemeanor "Domestic Violence", and the Case number was 0AM02800. On 07/13/2021, because Plaintiff Wang had been claiming her innocence and is ready for Jury-Trial, the Defendant MPPD had been looking for witnesses. On 06/02/2021, because Defendant MPPD had been unable to find a favorable witness to accuse the Plaintiff Wang, the Criminal Charge against Plaintiff was dismissed.

50.

From 01/13/22 to 01/22/22, Plaintiff had been held both in a mental hospital and a prison for double punishments, two detentions for the same case. Plaintiff is a diabetic and is a high-risk infection of the COVID-19, and two detentions caused the Plaintiff's body at risk of COVID-19 infection in different public settings. Plaintiff believed that the acts of the Defendants were intentional in failing to protect Plaintiff' body safe and that, at minimum, Defendants were deliberately indifferent to the likely consequence that the plaintiff was being thrown into a psychiatric hospital and putting into a jail without due process based on the statutory violations of the law.

51.

Moreover, on 01/12/22, the Plaintiff called the police was under the condition that she was completely clamming down and her emotion was stable, and Plaintiff had left the room, a place that incident happened. Conversely, without giving the reason for the arrest, without due process, without having any Chinese translator, without informing Plaintiff that she had the right to hire a lawyer, Defendants suddenly arrested her, and arbitrarily thought that Plaintiff was a mental

patient and she wanted to self-harm, and sent her to Pacifica Hospital of the Valley for compulsory treatment. Defendants violated Plaintiff's Fourth Amendment rights and arrested her without a warrant.

<div align="center">52.</div>

Therefore, Plaintiff alleges Defendants were guilty of malice, and Defendants most likely acted in retaliation against Plaintiff, who had a criminal charge dismissed in 07/2021 because the MPPD was unable to locate witnesses. Please see Plaintiff's Complaint Documents attached.

<div align="center">

**PRAYER FOR RELIEF**

53.
</div>

WHEREFORE, Plaintiff respectfully prays the following relief:

1. Assume jurisdiction over this action;

2. Order Trial by Jury on all claims so triable;

3. Enter judgment in favor of Plaintiff;

4. Award Plaintiff the reasonable costs of this lawsuit incurred in bringing this action pursuant to 42 U.S.C. § 1988; and such other relief as the Court deems just and proper;

5. A money award judgment entered against Defendants for $78,100, representing $8,100 in economic damages and $70,000 in non-economic damages;

6. Any and all other relief the Court deems just and reasonable under the circumstances.

<div align="center">

**JURY TRIAL DEMAND**
</div>

**COMPLAINT**, page 19 of 21

Plaintiff hereby demands a Trial by Jury on all claims so triable.

Respectfully submitted on: ___01 | 06 | 2023___.

By: _____

Yue Wang
*Plaintiff, pro se*
455 N Raymond Ave APT 210,
Pasadena, CA 91103
626-492-4950
celinawang617@gmail.com

**COMPLAINT**, page 20 of 21

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing CIVIL RIGHTS COMPLAINT on:

Defendant Monterey Park Police Department and
Defendants Peter Palomino,Connor Crabetree, Cang Sou
c/o City Attorney's Office
*Attorney for Defendants*
320 W. Newmark Ave.
Monterey Park, CA 91755

via first class mail on _____.

Dated: ___01|13|2023___ .

By: ___Xiaoguang Wang___
      Xiaoguang Wang
      *Plaintiff, pro se*
      455 N Raymond Ave APT 210,
      Pasadena, CA 91103
      626-693-0553
      Xji55601@gmail.com

**COMPLAINT**, page 21 of 21

Exhibit "1"

# Community Transition Unit

## Post Release Services Form

September 15, 2022



Wang, Yue

**Name**
Wang, Yue

**Date of Birth**
06/17/1983

**Hair Color/Eye Color**
BLK/BRO

**Height/Weight**
502/100

**Booking Date**
01/19/2022

**Release Date**
01/22/2022

**California Identification/Drivers License**
CA Y4925928

This is not an official government identification. This form is intended to be used by the named individual to access services provided to post incarceration persons upon their release from custody. This form is valid for post incarceration services 10 days from the above printed date. Questions related to the use of this form should be directed to the Los Angeles County Sheriff's Departments' Community Transition Unit at (213) 473-6590.



# Inmate Information Center

This information was current as of: 12/18/2022 02:19 PST

📅 Schedule A Visit (https://visit.lasd.org/app)   🏠 Search Another Inmate (/iic/index2)   ☰ Back To Search Result (/iic/SearchResults)

**Booking Number**

6292347

**Last Name**

WANG

**First Name**

YUE

**Middle Name**

**Sex**

F (Female)

**Race**

C (Chinese)

**Date of Birth**

6/17/1983

**Age**

38

**Hair**

BLK (Black)

**Eyes**

BRO (Brown)

**Height**

502

**Weight**

100

**Charge Level**

F (Felony)

## Arrest

**Arrest Date**

1/19/2022

**Arrest Time**

1042

**Arrest Agency**

1948

**Agency Description**

MONTEREY PARK PD

**Date Booked**

1/19/2022

**Time Booked**

1143

**Booking Location**

1948

**Location Description**

PD - MONTEREY PARK

## Bail

**Total Bail Amount**

0

**Total Hold Bail Amount**

0.00

**Grand Total**

0.00

## Housing Location

**Housing Location**

**Permanent Housing Assigned Date**

1/21/2022

**Assigned Time**

0025

**Facility**

**Address**

**City**

*For County facility visiting hours, Please call (213) 473-6100 at Inmate Information Center*

'Court

**Next Court Code**

ALH

**Next Court Date**

2/22/2022

**Next Court Time**

0830

**Next Court Case**

9999999999

**Court Name**

ALHAMBRA MUNICIPAL COURT

**Court Address**

150 W. COMMONWEALTH AVENUE

**Court City**

ALHAMBRAUPT

## Release

**Actual Release Date**

1/22/2022

**Release Reason**

REJ

**Release Agency**

**Release Time**

0017

**Reason Description**

DA REJECT PER 849.5PC A DETENTION ONLY

**Agency Description**

## Case Information

| Case No. | Court Name | Court Address | Court City | Bail Amount | Fine Amount | Court Date | Sent. Date | Sent. Day(s) | Disp Code | Details |
|---|---|---|---|---|---|---|---|---|---|---|
| 99******* | | | | 0 | .00 | 2/22/2022 | 1/21/2022 12:00:00 AM | 0 | REJ | ... |

Click on specific Case No. for detailed information.

© 2022 - Inmate Information Center

Exhibit "2"

**PACIFICA HOSPITAL OF THE VALLEY**
**Behavioral Health Unit**
**Multi-Disciplinary Discharge and Aftercare Instructions**

Name: _Wong, Yue_   Date: _01/19/22_

Physician: _Dr. Makhani_   Discharge Time: _____

Name of Facility: _Monterey Park Police_

Type of Facility: ☐ B&C ☐ SNF ☐ IMD ☐ Home ☐ Ind./Sober Living ☐ Shelter
Address: _Detective Soe Stated Patient will be picked up._
Phone Number: _(626) 417-0363_   Contact Person: _Zijie Li (Boyfriend)_
Transportation: ☐ Hospital Van ☐ Uber/Lyft ☐ Ambulance ☐ Bus ☑ To be picked up (Specify) _Police_

Reason(s) for Discharge:   Diagnosis: _Unspecified_
_✓_ No longer needs acute care level of psychiatric care   _Psychosis_
____ Needs acute medical care which cannot be provided on BHU
____ Reached maximum benefits
____ Court Discharge
____ Insists on leaving AMA
____ Has not returned from AWOL
____ Other (specify) _____

Risk Evaluation at Discharge: (circle one)
Danger to self?   YES/**NO**   Comments: _____
Danger to Others?   YES/**NO**   Comments: _____

Condition on Discharge:   ☑ Improved ☐ Somewhat Improved ☐ Not Improved
Legal Status:   ☐ Voluntary ☐ LPS Conservatorship ☑ Other (specify) _discontinue 14 day hold._
Valuables Received:   ☑ Yes ☐ No

Patient/Family Teaching Summary (patient and/or family demonstrates ability to):
Take medications independently   **Yes** /No /NA   **P.O.** / IM / Subcut. / Sublingual / Other
   Educational tool used: _____
Use medical equipment safely   Yes /No /**NA**   Type of equipment: _____
   Educational tool used: _____
Maintain Proper diet:   **Yes** /No /NA   Type of diet: _Diabetic diet_
   Educational tool used: _____
Perform Rehabilitation Exercises   Yes/ No/ **NA**
   Educational tool used: _____
Access Community Resources   **Yes**/ No/ NA
   Educational tool used: _____
Obtain follow-up treatment   **Yes**/No/ NA
   Educational tool used: _____

WONG, YUE
D0004050986   D000978458
MAKHANI, MEHBOOB, M.D.
F 38   237-02 ADM: 01/13/22
DOB: 06/17/83

Discharge Medication(s):  (Please include dose and frequency)

1. Zyprexa 5mg by mouth at bedtime.

☐ None at discharge  ☑ Prescriptions given  ☐ Medications given

**Chemical Dependency / Support Group Aftercare**

☐ AA  ☐ ACA  ☐ Alanon  ☐ NA  ☐ CA  ☐ EA  ☐ CODA  ☐ HIV/AIDS  ☐ Grief  ☐ Other: _____

**Other Agencies to follow up with / Additional Resources**

1. Educational / Resources provided:  ☐ _911 Brochure, Keep Safe. Connections, outpatient community resources._

2. Psychiatrist to follow up with patient:  ☐ _____

3. Therapist to follow up with patient:  ☐ _per police protocol._

4. Outpatient Treatment:  ☐ _____

5. Community Support Groups:  ☐ _Hospital discharge and after care Instruction_

Based on the care, treatment and education that you have received during this hospitalization, you understand that you are responsible for:

☑ Taking your medications
☑ Monitoring your BS/BP
☐ Performing your PT Exercises
☐ Contacting your: _Therapist_
☐ Other: _Follow up with your primary MD._

Expected course of recovery:  ☐ Excellent  ☐ Good  ☐ Fair  ☐ Poor

Patient is being discharged to a licensed facility:  ☐ Yes  ☑ No  If NO, patient has signed "Request to be Discharged to an Unlicensed/ Unstructured Setting". (This form should be attached to this Discharge and Aftercare Instructions).

By signing below, patient and/or patient representative acknowledges receiving a copy of this discharge notice.

_Yue Wang_
Patient/Conservator/Guardian/Legal Representative

_AGNC_
Case Worker/Social Worker

_____
Nurse Signature

_____
Physician

WONG, YUE
D00040500986   D000978458
MAKHANI, MEHBOOB, M.D.
F 38      237-02 ADM:01/13/22
DOB:06/17/83

**Pacifica Hospital of the Valley**

9449 San Fernando Rd, Sun Valley, CA  91352
818-767-3310

Printed   01/19/2022 9:25

| Patient Name | Age | DOB | Gender | Race | Insurance | Admitting Weight | Admitting Height | Medical Record | Account |
|---|---|---|---|---|---|---|---|---|---|
| WONG, YUE | 38 yrs | 06/17/1983 | Female | ASIAN | MEDI-CAL | 47.63kg | 162.56cm | D000978458 | D00040500986 |

Allergies: No Known Drug Allergy

**Reg. Date** 01/13/2022 12:18   **Room** BHU:237-02
**Adm. Date** 01/13/2022 17:46

# Discharge-Home Instructions

## Discharge Diagnosis

## Discharge Activity
Activity As Tolerated

## Discharge Diet
1800 Calorie ADA Diet

## Discharge Instructions
Pt advised  to follow up with mental health clinic and prmary medical doctor

## Discharge Prewritten Instructions
Discharge on own recognizance

EHR Patient Portal Sign Up

ifica - General Discharge Information

Psychosis

| Follow Up Date/Time | Practitioner Name | Clinic Name | Address | City | State | Zip | Phone |
|---|---|---|---|---|---|---|---|

**Comments**        PER POLICE PROTOCOL

## Prescriptions

Print Date/Time:          1/19/2022 9:25:14 AM

Discharge Date/Time:

Attending Physician:    Makhani, Mehboob A

Language:

Nurse Signature:

Received transitional record: Diagnosis, Diagnostic Results, Procedures, Follow-up/Patient Instructions, and Home Medication List

All patients must follow up with a doctor within 48 hours if there are still medical symptoms or problems.

Patient Signature:

7/15/2022 14:15:58 CST                    To: 18152522288            Page: 1/6          From: Clifford Hiele              Fax: 3107732395

State of California
Health and Human Services Agency                                      Department of Health Care Services

**NOTICE OF CERTIFICATION FOR INTENSIVE**
**TREATMENT PURSUANT TO SECTION 5250 (14**
**DAYS INTENSIVE TREATMENT) OR 5270.15**
**(ADDITIONAL 30 DAYS INTENSIVE TREATMENT)**
**OF THE WELFARE AND INSTITUTIONS CODE**

**CONFIDENTIAL PATIENT**
**INFORMATION**

☐ 14 day hold
☐ 30 day hold

The authorized agency providing 14-day Intensive treatment, County of ___Los Angeles___
has custody of:

Name ___Yue Khong___

Address ___110 N Lincoln Ave Apt C___

Marital Status ___Single___   Date of Birth ___6/17/82___   Sex ___M___

We, the undersigned, allege that the above-named person is, as a result of a mental disorder
or impairment by chronic alcoholism (mark all that apply):

☐ A danger to others   ☑ A danger to himself or herself   ☐ Gravely disabled as defined in
                                                            subdivision (h) of Section 5008 of
                                                            the Welfare and Institutions Code

The specific facts which form the basis for our opinion that the above-named person meets one
or more of the classifications indicated above are as follows: ___Psychotic, suicide, ~~___
___atypcore No___

The above-named person has been informed of this evaluation, and has been advised of the
need for, but has not been able or willing to accept treatment on a voluntary basis, or to accept
referral to, the following services: ___C       SDIC___

We, therefore, certify the above-named person to receive intensive treatment related to the mental
disorder or impairment by chronic alcoholism beginning this ___15___ day of ___Jan___, 20___22___, in the
intensive treatment facility herein named: ___PHF___

Signature: _____   Date: ___1/15/22___
Signature: _____   Date: ___011522___

I hereby state that I delivered a copy of this notice this day to the above-named person and that
I informed him or her that unless judicial review is requested a certification review hearing will be
held within four days of the date on which the person is certified for a period of intensive treatment
and that an attorney or advocate will visit him or her to provide assistance in preparing for the
hearing or to answer questions regarding his or her commitment or to provide other assistance.
The court has been notified of this certification on this day.

Signature: _____   Date: ___011522___

Original: Superior Court        Copies: Person Certified – Personally delivered
                                        Person's Attorney
                                        Public Defender
                                        District Attorney
                                        Intensive Treatment Facility

DHCS 1808 (Revised 12/2019)

Dear officer.

My name is Yao Wu. I'm 38 years old. My born ___ is in ___.

Today, I want to ___ to clear ___ my case which ___ to by State of California.

First, I will not be a danger to myself, and no ___ should I default ___ section 5008 of the welfare and institution code.

Second, I claim that I have a lot of business to deal with. I have already scheduled my startup ___ on 12/12/2022, not ___ department's holding me has caused I can't ___ requirements and am not able to preparing for my ___. Moreover, I provide some immigration service for my customers. but right now I can't continue my ___ due to ___.

Third, the most important thing is that my pets stay home. I'm worried about my two pet rabbits. They are very ___, they stay home alone. no water, no food, and no bag for them.

Fourth, I claim that my ___ attracted ___ ___. It's not my fault so I am totally ___.

Fifth, I claim that my ___ fire file ___ [?] ___ myself.

## COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT
## INMATE REQUEST FORM
### Only one request per form.
Solamente una solicitud por forma.

If this is a medical or mental health-related emergency or you are aware of a specific and immediate threat to your life/safety, notify custody personnel immediately.
Si ésta es una emergencia médica o tiene conocimiento de una amenaza específica e inmediata contra su vida/seguridad, notifique a un alguacil de inmediato.

**REFERENCE NUMBER:**

| NAME NOMBRE | BOOKING NUMBER SU NÚMERO DE PRESO | FACILITY FACILIDAD | HOUSING LOCATION LUGAR DE VIVIENDA | DATE FECHA |
|---|---|---|---|---|
| | | | | |

### I AM REQUESTING (only one request per form):

| TO SPEAK WITH | LOGISTICAL | INMATE OPPORTUNITIES | OTHER |
|---|---|---|---|
| ☐ VA Representative | ☐ Personal care items | ☐ Educational classes | ☐ A credit calculation |
| ☐ Chaplain | ☐ Legal forms | ☐ Special Education - IEP | ☐ To make a positive |
| Religion: | ☐ Voting information | ☐ Drug/alcohol treatment | comment about an |
| | ☐ Information about | ☐ To be an Inmate Worker | employee |
| ☐ Americans with | my mail | ☐ Fire Camp information | ☐ Food information |
| Disabilities Act | ☐ Commissary/vending | ☐ Supervised release | ☐ Other |
| (ADA) Coordinator | ☐ A haircut | (i.e. ankle monitor, | (explain below) |
| | ☐ To be rehoused or | house arrest) | |
| ☐ Other | reclassified | ☐ Community Transition Unit | |
| (explain below) | ☐ Other (explain below) | (Re-entry services) | |
| | | ☐ Other (explain below) | |

| LEGAL INFORMATION | (response) | OTHER | (response) | |
|---|---|---|---|---|
| ☐ Next court date | | ☐ Account balance | | These requests may be handled by the housing officer. |
| ☐ Release date | | ☐ Telephone PIN | | |
| ☐ SP status | | ☐ Library time | | |
| ☐ Charge(s) | | ☐ Shoes/Mattress/Linen | | |
| ☐ Hold(s)/Warrant(s) | | ☐ A "hygiene kit" | | |
| ☐ Addresses for: Court/Parole/Probation | | ☐ Other:_____ | | |

**INMATE NAME:**

### PLEASE EXPLAIN THE DETAILS OF YOUR REQUEST:

--------------------------------- FOR DEPARTMENT USE ONLY – DO NOT WRITE BELOW THIS LINE ----------------------------------

| Employee Receiving Request | Employee # | Date and Time of Collection and Review |
|---|---|---|
| | | TIME STAMP HERE |

**FRONT PART 2 (PINK COPY)**

Emergency Request

- If this is a medical or mental health emergency or you are aware of a specific and immediate threat to your life or safety, notify custody personnel immediately.

## Inmate Requests

As an inmate within the custody of the Los Angeles County Sheriff's Department, you have the right to submit a request for any available service or information while in confinement.

- Your request may be conveyed verbally to custody staff, or by completing and submitting an Inmate Request Form.
- You may obtain an Inmate Request Form from your housing location or notify a staff member to obtain one for you.
- The Inmate Request Form is not meant to discuss issues at length, nor is it to be utilized by inmates for resolution of grievances against staff. These types of concerns are to be submitted on an Inmate Grievance Form.
- Please allow 15 days for a resolution of your request. Depending on the volume of requests received by units such as the Community Transition Unit (CTU), Community-Based Alternatives to Custody (CBAC), Prisoner Personnel Office (PPO), and Education Based Incarceration (EBI), a response may not always be provided. A non-response does not indicate a denial of your request.
- If you are dissatisfied with a response to an Inmate Request, you may submit an Inmate Grievance Form to seek a resolution.
- Inmate requests cannot be appealed.

## Americans with Disabilities Act (ADA) – Request/Grievance Procedure

- The request must contain your name, booking number, housing location.
- Include a brief description of what you are requesting.
- Indicate the actions you are requesting for the Department to take to correct the alleged violation(s).
- Requests should be addressed to the Custody Division ADA Coordinator:

**Los Angeles County Sheriff's Department - Custody Division ADA Coordinator**
**Custody Compliance and Sustainability Bureau**
**450 Bauchet St., Room E-883**
**Los Angeles, CA 90012**
**Phone: (213) 893-5500     TTY: (323) 267-6669     Email: adacompcus@lasd.org**

- You may request an informal meeting regarding accommodations through the Custody ADA Coordinator to discuss the request.
- Using this informal request procedure is not a requirement under federal regulations, nor does it prevent you from filing a request with the appropriate federal enforcement agency.
- Alternatively, ADA grievances may be submitted on the Los Angeles County Sheriff's Department Inmate Grievance Form (SH-J-420).

## Medical or Mental Health Concerns

- If you feel you need to see a Mental Health worker, please contact any staff member right away.
- You may submit a confidential grievance for medical or mental health related concerns by placing the completed Los Angeles County Sheriff's Department Inmate Grievance Form (SH-J-420) into a white envelope available in your housing area.

YOU ARE ① QUARANTINED
FOR 14 DAYS, AND CANNOT
GO TO COURT UNTIL WE GET
YOUR COVID RESULTS

~~IT TAS~~

IT TAKES SEVERAL DAYS,
WHEN WE GET YOUR RESULTS
YOU WILL BE ABLE TO GO TO
COURT

④ USE THIS TIME
TO USE THE PHONE,
SHOWER, OR CALL
SOMEONE TO BAIL
YOU OUT

① 626-417-0363.
② 626-693-0553.

#6292347

7271

5370

Exhibit "3"

**Addendum(Ngo, Jackie MFT)**
**12/19/2022 11:08:17 AM**

Addendum to Psychiatric Illness History:

Describe psychiatric illness history (lifetime course) from age of onsent:

Client reported that the date indicated in the Comprehensive Assessment was documented incorrectly (11/2021). Client reported the correct date range was from 01/12/2022 to 01/22/2022.



華埠服務中心
**Chinatown Service Center**

| | |
|---|---|
| **PATIENT:** | Yue Wang |
| **DATE OF BIRTH:** | 06/17/1983 |
| **DATE:** | 04/19/2022 10:30 AM |
| **VISIT TYPE:** | Intake No Medical Services |

## General

**Program name:** Counseling program
**Start Time:** 10:30 am
**Stop Time:** 12:00 pm
**Duration:** 01 hours, 30 minutes

## Presenting Concerns

**Reason for referral :** Client is a 38 year old Chinese woman who came to seek out mental health services. Client said she had a physical conflict with her boyfriend on May 14, 2021, resulting a minor injury at a police station with others, arrested for some misdemeanor prosecution and tried to pursue improve for her case. Client felt very nervous and humiliated about the experience with police, and she is recommending to manage herself to come to protect her right. Client reports symptoms very anxious, she wants over the incident, and she is currently seeking mental health services to help her adjust to previous functioning.

## Living Situation

**Where is the individual currently living?**
Patient lives in House/apartment.

**Household composition:**
The patient lives with opposite sex partner.
**Comments:**
lives with boyfriend in a rent house

## Family Information

**Does the individual have children?**
Does not have children.

**Family history and relationships:**
Client came to U.S. in 2016 for family reunion with parents. Parents live in U.S. and have good relationship with client.

**Family health history:**
Patient reports there is no relevant family history.
**Pertinent family medical, mental health and substance use history:**

N/A

## Development History
Developmental history: *(Include motor development and functioning, sensory, speech problems, hearing and language problems.)*
N/A

## Sexual Issues
Sexual Orientation: Straight or heterosexual

Sexual history/concerns *(Include sexual orientation and other relevant information)*:

## Social Supports
Friendships/social/pets/peer support relationships:
Has some friends in U.S.

Race:
Asian

Ethnicity:
Not Hispanic or Latino

Support resources:

| Full Name | Relationship | Home Phone | Work Phone | Effective Date | End Date | Comments |
|---|---|---|---|---|---|---|
| Zijie Li | domestic partner | (626)417-0363 | | 04/19/2022 | | |

## Legal
Does individual served have a legal guardian, representative payee or conservatorship? No

Is there a need for a legal guardian, representative payee, conservatorship or special needs trust? No

Does the individual have a history of, or current involvement with the legal system? *(i.e., legal charges, AOT, Specialized Courts-Drug, Mental Health, Family, etc.)* Yes

Legal comments:
Client was sent to hospital for 5150 in Nov, 2021 after a domestic violence incident

## Education - Adult
Special needs? He/she does not have special needs

Education comments: N/A

## Education - Child/Adolescent

Comments on past and current academic functioning: *(Include grades, learning ability, learning style, and any other relevant indicators)*
N/A

Test or other evaluation results: *(IQ, achievement, developmental, PT/OT, etc)*
Test comments: N/A

Attendance: Not a problem

Attendance: N/A

Previous grade retention: N/A

Suspension/expulsion:
Suspension/expulsion comments: N/A

Additional barriers to learning: N/A

Peer relationship/social functioning: N/A

## Employment
**If not currently employed:**
Reason for not currently employed:
Other: unemployed since pandemic

**Looking for work?** Not looking for work

**Does the individual want help to find employment and/or further their education/training?** No

**Employment Comments:** Client focus on fighting for her right and not having motivation or interest to look for job at this time

## Military Service
**Has patient ever served in the military?** Patient has no military experience.

**Is someone in patient's family, or a significant other, in the military?** No

## Trauma History
**The individual reports a history of, or current experience of the following:**
Physical abuse/neglect
Domestic violence

**Provide relevant details:** Client reported having occasional conflict with boyfriend. In the most recent physical conflict, client push boyfriend with hands and her boyfriend chocked her neck with hands.

## Psychiatric Illness History
**Describe psychiatric illness history (lifetime course) from age of onset:**

Client started feeling depressed, low energy, no interest in doing things, very anxious about many different things, since 11/2021 after being arrested by police. Client exhibited sleep disturbance and takes sleep aid every day. Client complained about the change in sleep pattern, that she either sleep all day or not sleep for two days since the arrest in 11/2021. Client denied previous mental health treatment. No current S/I or H/I ideation. GAD 20, PHQ-9 15

Past Medical/Surgical

| Disease/disorder | Onset Date | Management | Date | Comments |
|---|---|---|---|---|
| Hyperlipidemia | 12/23/2019 | | | |
| Diabetes | 10/07/2019 | | | |
| Chronic viral hepatitis B without delta-agent | | | | |

## Substance Use / Addictive Behavior History
None reported

## Mental Health and Addiction Treatment Service History
None reported

Outpatient:
Not applicable

Inpatient:
Age at time of Initial Inpatient Treatment: 38
Total number of Lifetime Inpatient Treatment experiences: 1

ER/Detox:
Not applicable

What was helpful with past treatment? N/A

What was not helpful? N/A

Additional Comments: according to client, she didn't receive any assessment or treatment in hospital where she was hold for 5150

## Medication Information
Active and inactive medications:

| Medication | Sig Desc | Start Date | Stop Date | Rx Comment |
|---|---|---|---|---|
| Vitamin D3 2,000 unit capsule | take 1 tablet by oral route every day | 10/03/2019 | 12/23/2019 | |
| losartan 25 mg tablet | take 1 tablet by oral route every day | 10/03/2019 | 12/23/2019 | |
| Truetrack Blood Glucose System kit | inject by Misc.(Non- | 10/03/2019 | 12/23/2019 | |

| | | | |
|---|---|---|---|
| | Drug; Combo Route) route 2 times every day | | |
| Lipitor 10 mg tablet | take 1 tablet by ORAL route every evening | 10/03/2019 | 12/23/2019 |
| metformin ER 500 mg tablet,extended release 24hr | take 1 tablet by ORAL route 2 times every day | 10/03/2019 | 12/23/2019 |
| lancets | inject 1 Box by Misc.(Non-Drug; Combo Route) route 2 times every day | 10/03/2019 | 01/31/2020 |
| Truetest Test Strips | inject by Misc.(Non-Drug; Combo Route) route every day | 10/03/2019 | 01/31/2020 |
| Lipitor 10 mg tablet | take 1 tablet by ORAL route every evening | 12/23/2019 | 01/31/2020 |
| Vitamin D3 2,000 unit capsule | take 1 tablet by oral route every day | 12/23/2019 | 04/30/2020 |
| metformin ER 500 mg tablet,extended release 24hr | take 1 tablet by ORAL route 2 times every | 12/23/2019 | 04/30/2020 |

| | day | | |
|---|---|---|---|
| losartan 25 mg tablet | take 1 tablet by oral route every day | 12/23/2019 | 04/30/2020 |
| lancets | inject 1 Box by Misc.(Non-Drug; Combo Route) route 2 times every day | 01/31/2020 | 04/30/2020 |
| Truetest Test Strips | inject by Misc.(Non-Drug; Combo Route) route every day | 01/31/2020 | 04/30/2020 |
| Lipitor 20 mg tablet | take 1 tablet by oral route every bedtime | 01/31/2020 | 04/30/2020 |
| metformin ER 500 mg tablet,extended release 24hr | take 1 tablet by ORAL route 2 times every day | 04/30/2020 | 07/28/2020 |
| lancets | inject 1 Box by Misc.(Non-Drug; Combo Route) route 2 times every day | 04/30/2020 | 07/28/2020 |
| Vitamin D3 2,000 unit capsule | take 1 tablet by oral route every day | 04/30/2020 | 07/28/2020 |
| Truetest Test Strips | inject by Misc.(Non-Drug; Combo | 04/30/2020 | 07/28/2020 |

| | | | |
|---|---|---|---|
| | Route) route every day | | |
| losartan 25 mg tablet | take 1 tablet by oral route every day | 04/30/2020 | 07/28/2020 |
| Lipitor 20 mg tablet | take 1 tablet by oral route every bedtime | 04/30/2020 | 07/28/2020 |
| Truetest Test Strips | inject by Misc.(Non-Drug; Combo Route) route every day | 07/28/2020 | |
| lancets | inject 1 Box by Misc.(Non-Drug; Combo Route) route 2 times every day | 07/28/2020 | |
| losartan 25 mg tablet | take 1 tablet by oral route every day | 07/28/2020 | 07/28/2020 |
| irbesartan 150 mg tablet | take 1 tablet by oral route every day. stop Losartan | 07/28/2020 | 11/13/2020 |
| Zetia 10 mg tablet | take 1 tablet by oral route every day | 07/28/2020 | 11/13/2020 |
| Lipitor 20 mg tablet | take 1 tablet by oral route every bedtime | 07/28/2020 | 11/13/2020 |
| Vitamin D3 2,000 unit capsule | take 1 tablet by | 07/28/2020 | 11/13/2020 |

| Medication | Instructions | Start | End |
|---|---|---|---|
| | oral route every day | | |
| metformin ER 500 mg tablet,extended release 24hr | take 1 tablet by ORAL route 2 times every day | 07/28/2020 | 11/13/2020 |
| irbesartan 150 mg tablet | take 1 tablet by oral route every day. stop Losartan | 11/13/2020 | 11/13/2020 |
| Lipitor 20 mg tablet | take 1 tablet by oral route every bedtime | 11/13/2020 | 01/11/2021 |
| losartan 50 mg tablet | take 1 tablet by oral route every day | 11/13/2020 | 04/09/2021 |
| metformin ER 500 mg tablet,extended release 24hr | take 1 tablet by ORAL route 2 times every day | 11/13/2020 | 04/09/2021 |
| Vitamin D3 50 mcg (2,000 unit) capsule | take 1 tablet by oral route every day | 11/13/2020 | 04/09/2021 |
| Zetia 10 mg tablet | take 1 tablet by oral route every day | 11/13/2020 | 04/09/2021 |
| Lipitor 40 mg tablet | take 1 tablet by oral route every bedtime | 01/11/2021 | 04/09/2021 |
| Lipitor 40 mg tablet | take 1 tablet by oral route every bedtime | 04/09/2021 | 07/13/2021 |
| losartan 50 mg tablet | take 1 tablet by | 04/09/2021 | 07/13/2021 |

| | | | |
|---|---|---|---|
| | oral route every day | | |
| metformin ER 500 mg tablet,extended release 24hr | take 1 tablet by ORAL route 2 times every day | 04/09/2021 | 07/13/2021 |
| Vitamin D3 50 mcg (2,000 unit) capsule | take 1 tablet by oral route every day | 04/09/2021 | 07/13/2021 |
| Zetia 10 mg tablet | take 1 tablet by oral route every day | 04/09/2021 | 07/13/2021 |
| metformin ER 500 mg tablet,extended release 24hr | take 1 tablet by ORAL route 2 times every day | 07/13/2021 | 08/25/2021 |
| Lipitor 40 mg tablet | take 1 tablet by oral route every bedtime | 07/13/2021 | 11/22/2021 |
| losartan 50 mg tablet | take 1 tablet by oral route every day | 07/13/2021 | 11/22/2021 |
| Vitamin D3 50 mcg (2,000 unit) capsule | take 1 tablet by oral route every day | 07/13/2021 | 11/22/2021 |
| Zetia 10 mg tablet | take 1 tablet by oral route every day | 07/13/2021 | 11/22/2021 |
| metformin ER 1,000 mg tablet,extended release 24hr | take 1 Tablet by oral route 2 times every day with the evening meal | 08/25/2021 | 08/25/2021 |
| metformin ER 1,000 mg tablet,extended release 24hr | take 1 Tablet by | 08/25/2021 | 11/22/2021 |

| | | | |
|---|---|---|---|
| | oral route 2 times every day with the evening meal | | |
| Vitamin D3 50 mcg (2,000 unit) capsule | take 1 tablet by oral route every day | 11/22/2021 | |
| Pneumovax-23 25 mcg/0.5 mL injection syringe | inject 1 syringe by intramuscular route as directed | 11/22/2021 | |
| Lipitor 40 mg tablet | take 1 tablet by oral route every bedtime | 11/22/2021 | 04/26/2022 |
| metformin ER 1,000 mg tablet,extended release 24hr | take 1 Tablet by oral route 2 times every day with the evening meal | 11/22/2021 | 04/26/2022 |
| losartan 50 mg tablet | take 1 tablet by oral route every day | 11/22/2021 | 04/26/2022 |
| Zetia 10 mg tablet | take 1 tablet by oral route every day | 11/22/2021 | 04/26/2022 |
| Lipitor 40 mg tablet | take 1 tablet by oral route every bedtime | 04/26/2022 | |
| Zetia 10 mg tablet | take 1 tablet by oral route every day | 04/26/2022 | |
| metformin ER 1,000 mg tablet,extended release 24hr | take 1 Tablet by oral route 2 times | 04/26/2022 | |

| | | | | |
|---|---|---|---|---|
| | every day with the evening meal | | | |
| losartan 50 mg tablet | take 1 tablet by oral route every day | 04/26/202 2 | 04/26/202 2 | |

## RISK ASSESSMENTS

CURRENT ENCOUNTER
**Risk Assessments**
Patient denies suicidal ideation, plan, intent, and/or attempt.
Patient denies property damage ideation, plan, intent, and/or attempt.
Patient denies homicidal ideation, plan, intent, and/or attempt.

RISK ASSESSMENT HISTORY

| # | Risk | Current | Past | Documented | Event Date | Approximate Date | Ideation | Plan | Intent | Scale |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Homicide | Denies | | 04/19/2022 | 04/19/2022 | No | | | | |
| 2 | Property | Denies | | 04/19/2022 | 04/19/2022 | No | | | | |
| 3 | Suicide | Denies | | 04/19/2022 | 04/19/2022 | No | | | | |

| # | Attempt | Planned/ Impulsive | Drug/Alcohol Influenced | Medically Treated | Plan | Attempt Description |
|---|---|---|---|---|---|---|
| 1 | | | | | | |
| 2 | | | | | | |
| 3 | | | | | | |

## Past Risk and Alerts
Did violence result in injury? No

Did violence ever involve the use of a weapon? No

Was individual under the influence of drugs or alcohol at the time? No

## Screening Tools
DAST
The Drug Abuse Screening Test score is 0 which equals none reported.

DEPRESSION SCREENING - PHQ-9
Score: Screening total score was 15.
Severity: Moderately severe depression.

## Functional Assessment
## Mental Health/Illness Management
**Anxiety:** Current need area.

GAD 20

## Clinical Formulation/Interpretative Summary

**Interpretative Summary:**
Based on observation and information provided by client, client demonstrated the anxiety and depression symptoms and meet the full criteria for Major Depressive Episode and Generalized Anxiety Disorder. Client started feeling depressed, low energy, no interest in doing things, very anxious about many different things, since 11/2021 after being arrested by police. Client exhibited sleep disturbance and takes sleep aid every day. Client complained about the change in sleep pattern, that she either sleep all day or not sleep for two days since the arrest. GAD 20, PHQ-9 15. Suggest treatment modality include CBT and relaxation techniques.

### ASSESSMENT/DIAGNOSIS
Behavioral Health Diagnoses

| # | Description | Severity | Impression/Differential Dx | Specifiers |
|---|-------------|----------|----------------------------|------------|
| 1 | Major depressive disorder, single episode, moderate (F32.1) | | | |
| 2 | Generalized anxiety disorder (F41.1) | | | |

### Treatment Recommendations/Assessed Needs

| Number | Priority | Needs | Status | Identified | Resolved | Rationales |
|--------|----------|-------|--------|------------|----------|------------|
| 1 | 1 | individual counseling | active | | | |

### PATIENT HEALTH QUESTIONNAIRE
Performed Date: 04/19/2022
**Over the last 2 weeks, how often have you been bothered by any of the following problems?**

| | NOT AT ALL | SEVERAL DAYS | MORE THAN HALF THE DAYS | NEARLY EVERY DAY |
|---|---|---|---|---|
| 1. Little interest or pleasure in doing things | | | X | |
| 2. Feeling down, depressed or hopeless | | | X | |
| 3. Trouble falling or staying asleep, or sleeping too much | | | X | |
| 4. Feeling tired or having little energy | | | X | |
| 5. Poor appetite or overeating | | | | X |
| 6. Feeling bad about yourself - or that you are a failure or have let yourself or your family down | | | X | |
| 7. Trouble concentrating on things, such as reading the newspaper or watching television | | | X | |
| 8. Moving or speaking so slowly that other people could have noticed. Or the opposite - being so fidgety or restless that you have been moving around a lot more than usual. | X | | | |
| 9. Thoughts that you would be better off dead, or of hurting yourself in some way | X | | | |

|  | NOT DIFFICULT AT ALL | SOMEWHAT DIFFICULT | VERY DIFFICULT | EXTREMELY DIFFICULT |
|---|---|---|---|---|
| 10. If you checked off any problems, how difficult have these problems made it for you to do your work, take care of things at home or get along with other people? | | X | | |

**Total score:** Screening total score was 15.
**Interpretation of total score:** Moderately severe depression.
**Initial diagnosis:** Consider Major Depressive Disorder.
**Comments:**

*Document generated by: Chun Mei Lam  04/28/2022 08:50 PM*

**Current Visit Location: CSC - Atlantic Ave.**

**Chinatown Service Center**
767 N Hill St Ste 400 | Los Angeles, CA 90012
213-808-1792          | **Fax# 213-680-9427**
**Chinatown Service Center - Las Tunas**
555 W Las Tunas | San Gabriel, CA 91776
626-457-9618     | **Fax# 213-680-9427**
**Chinatown Service Center - Monterey Park**
855 S Atlantic Blvd | Monterey Park, CA 91754
626-988-8087        | **Fax# 626-293-7039**

**Chinatown Service Center - San Gabriel Valley**
320 S Garfield Ave Unit 118 | Alhambra, CA 91801
626-773-3388                | **Fax# 213-680-9427**
**Chinatown Service Center - Cesar Chavez**
819 W Cesar Chavez Avenue | Los Angeles, CA 90012
213-612-1255                | **Fax# 213-680-9427**

**Electronically signed by Chun Mei Lam on 04/28/2022 08:51 PM  on behalf of Yitong Li LCSW**

**ADDENDUMS APPEAR ON FOLLOWING PAGE**

華埠服務中心
**Chinatown Service Center**

# PROGRESS NOTE

| | |
|---|---|
| **PATIENT:** | Yue Wang |
| **DATE OF BIRTH:** | 06/17/1983 |
| **MRN:** | 000000062473 |
| **ENCOUNTER DATE:** | 5/31/2022 |
| **PROGRAM:** | Adult Counseling |

## Individuals Present

Individual present

**Contact Type:**  Televideo
**Reason for Contact:**  Follow Up

## Current Assessment

**Individual's progress:**  Minimal progress
**Individual's report of progress towards goals/objectives since last session:**  Client reported feeling relieved a little after she filed lawsuit on 5/19/22

**Client presented with SX:** Stress, Anxiety

## Goals, Objectives, and Interventions Addressed Today

| Goal Today | Objective Today | Comments | Documented By | Document Dt |
|---|---|---|---|---|
| Reduce overall frequency, intensity, and duration of anxiety so that daily functioning is not impair | Learn and implement calming skills to reduce overall anxiety and manage anxiety symptoms | Therapist continued focusing on establishing rapport and assessing client's level of insight towards the presenting problem. Therapist reviewed the hospital discharge report with client and explored client's thoughts about the diagnosis of unspecified psychosis on the report. Client responded denial of having any mental health illness, and she insisted that she's the victim of DV. Client consented therapist's phone call with boyfriend for more details. | Ashley Yitong Li | 05/31/2022 |

## Plan and Additional Information

**Indicate action plan between sessions/meetings:** Client expressed denial of mental illness history in spite of the diagnosis on the medical report when she was discharged from hospital. Therapist will have a phone session with boyfriend in two weeks to get more information. Refer to psychiatrist.

## Assessment/Diagnosis

| Code | Diagnosis Description | Status | Impression | Type |
|------|----------------------|--------|------------|------|
| F41.1 | Generalized anxiety disorder | | | Continuing |

## Charges

| Service Code | Min | Units | Start Time | End Time | Provider |
|--------------|-----|-------|------------|----------|----------|
| 9083495 | 43 | 1 | 12:15 PM | 12:58 PM | Yitong Li LCSW |

**Electronically signed by:** Yitong Li LCSW 05/31/2022 12:58 PM

*Document generated by: Ashley Yitong Li 05/31/2022 12:58 PM*

**Current Visit Location: CSC - Telehealth**

**Chinatown Service Center | Behavioral Health**

767 N Hill St Ste 400B | Los Angeles, CA 90012
213-808-1720         | Fax# 213-253-0883

**Chinatown Service Center - Alhambra | Behavioral Health**

320 S Garfield Ave Unit 202 | Alhambra, CA 91801
626-598-3883         | Fax# 626-988-5157

華埠服務中心
**Chinatown Service Center**

# PROGRESS NOTE

| | |
|---|---|
| **PATIENT:** | Yue Wang |
| **DATE OF BIRTH:** | 06/17/1983 |
| **MRN:** | 000000062473 |
| **ENCOUNTER DATE:** | 6/13/2022 |
| **PROGRAM:** | Adult Counseling |

## Individuals Present

Individual present

**Contact Type:** Televideo
**Reason for Contact:** Follow Up

**Others Present:** : boyfriend

## Current Assessment

**Individual's report of progress towards goals/objectives since last session:** Client reported feeling less anxious since last session

**Client presented with SX:** Anxiety, Stress. Severe insomnia

## Mental Status Exam

**General Observations:**
Generally normal
**Appearance:** Within normal limits
**Build/Stature:** Within normal limits
**Posture:** Within normal limits
**Eye Contact:** Average
**Activity:** Within normal limits
**Attitude toward examiner:** Cooperative
**Attitude toward parent/guardian:** Not applicable
**Separation (for children/adolescent):** Not applicable

**Mental Status:**
**Mood:** Anxious
**Affect:** Labile

## Goals, Objectives, and Interventions Addressed Today

| Goal Today | Objective Today | Comments | Documented By | Document Dt |
|---|---|---|---|---|
| Reduce overall frequency, intensity, and duration of anxiety so that daily functioning is not impair | Learn and implement calming skills to reduce overall anxiety and manage anxiety symptoms | Therapist talked with boyfriend for getting some insight from his perspective. Boyfriend said he is not aware of | Ashley Yitong Li | 06/13/2022 |

client's mental health diagnosis or history, but he reported client has frequent emotional outburst episodes. Client and boyfriend said the primary concern for now is severe insomnia that she can't fall asleep for days and it caused difficulties finding a full time job

## Plan and Additional Information

**Indicate action plan between sessions/meetings:** Client reported she felt less anxious since submitting lawsuit against police on 5/19/2022. She is experiencing severe sleep issue and she is struggling to manage anxieties. Client is planning to pregnant and she agreed to consult psychiatrist. Will follow up in two weeks

## Assessment/Diagnosis

| Code | Diagnosis Description | Status | Impression | Type |
|------|----------------------|--------|------------|------|
| F41.1 | Generalized anxiety disorder | | | Continuing |

## Charges

| Service Code | Min | Units | Start Time | End Time | Provider |
|--------------|-----|-------|------------|----------|----------|
| 9083495 | 39 | 1 | 12:00 PM | 12:39 PM | Yitong Li LCSW |

**Electronically signed by:** Yitong Li LCSW 06/13/2022 12:39 PM

*Document generated by: Ashley Yitong Li 06/13/2022 12:39 PM*

<u>**Current Visit Location:**</u> **CSC - Telehealth**

**Chinatown Service Center | Behavioral Health**

767 N Hill St Ste 400B | Los Angeles, CA 90012
213-808-1720       | Fax# 213-253-0883

**Chinatown Service Center - Alhambra | Behavioral Health**

320 S Garfield Ave Unit 202 | Alhambra, CA 91801
626-598-3883       | Fax# 626-988-5157

華埠服務中心
**Chinatown Service Center**

# PROGRESS NOTE

| | |
|---|---|
| **PATIENT:** | Yue Wang |
| **DATE OF BIRTH:** | 06/17/1983 |
| **MRN:** | 000000062473 |
| **ENCOUNTER DATE:** | 9/19/2022 |
| **PROGRAM:** | Adult Counseling |

## Individuals Present

Individual present

**Contact Type:** Televideo
**Reason for Contact:** Follow Up

## Current Assessment

**Individual's progress:** No progress
**Individual's report of progress towards goals/objectives since last session:** Client reported she had returned to work after last session, and she needs to continue therapy and psychiatric service

**Client presented with SX:** Major depression. Anxiety

## Plan and Additional Information

**Indicate action plan between sessions/meetings:** Transfer to new therapist and refer to psychiatrist

## Assessment/Diagnosis

| Code | Diagnosis Description | Status | Impression | Type |
|---|---|---|---|---|
| F32.1 | Major depressive disorder, single episode, moderate | | | Continuing |

## Charges

| Service Code | Min | Units | Start Time | End Time | Provider |
|---|---|---|---|---|---|
| 90832FQ | 20 | 1 | 12:30 PM | 12:50 PM | Yitong Li LCSW |

**Electronically signed by:** Yitong Li LCSW 09/19/2022 12:50 PM

*Document generated by: Ashley Yitong Li 09/19/2022 12:50 PM*

**Current Visit Location: CSC - Telehealth**

**Chinatown Service Center | Behavioral Health**

767 N Hill St Ste 400B | Los Angeles, CA 90012
213-808-1720          | Fax# 213-253-0883

**Chinatown Service Center - Alhambra | Behavioral Health**

320 S Garfield Ave Unit 202 | Alhambra, CA 91801
626-598-3883          | Fax# 626-988-5157

華埠服務中心
**Chinatown Service Center**

# PSYCHIATRIC EVALUATION

| | |
|---|---|
| **PATIENT:** | Yue Wang |
| **DATE OF BIRTH:** | 06/17/1983 |
| **MRN:** | 000000062473 |
| **ENCOUNTER DATE:** | 9/28/2022 |
| **PROGRAM:** | Psychiatry |

## Individuals Present

**Contact Type:** Telephonic
Individual present
**Others present:** interpreter

## General

New Patient

## Reason for Visit

This 39 year old female presents for Depression and Anxiety.  Pt stated she started having depression and anxiety in Jan of 2022 after she got into an argument with her boyfriend and called police but was arrested due to being falsely accused of being a DV perpetrator. Pt filed a lawsuit against the police. Pt denied any abuse in her home at this time. Pt agreeable to start sertraline.

**History of Present Illness:**
1. Depression
     Additional information: Pt reported feeling depressed, low energy, anhedonia and has appetite issues.
2. Anxiety

**Problem List:**

| Problem Description | Onset Date | Chronic | Clinical Status | Notes |
|---|---|---|---|---|
| Thrombocytosis | | N | | |
| Annual physical exam | | N | | |
| Hyperlipidemia | 07/28/2020 | Y | | |
| Pelvic pain | | N | | |
| Adult general medical exam | | N | | |
| Thrombocytopenia | | N | | |
| Type 2 diabetes mellitus without complication | 07/28/2020 | Y | | |
| Type B viral hepatitis | 07/28/2020 | Y | | |
| Anxiety with depression | | N | | |

## Mental Health and Addiction Treatment Service

**Inpatient**
**Age at time of initial inpatient treatment:** 38

**Total number of lifetime inpatient treatment experiences:** 1

**ER/Detox**

**What was helpful with past treatment?** N/A
**What was NOT helpful?** N/A
**Additional comments:** according to client, she didn't receive any assessment or treatment in hospital where she was hold for 5150

## Development

**Development history:** N/A

## Family Information

**Does the individual have children?** No

**Family history and relationships:** Client came to U.S. in 2016 for family reunion with parents. Parents live in U.S. and have good relationship with client.

**Pertinent family medical, mental health and substance use history including Adult Child of Alcoholic (ACOA)/Child of Substance Abuser (COSA) status:** N/A

## Physical Health History

| Disease/disorder | Date | Management | Date | Comments |
|---|---|---|---|---|
| Chronic viral hepatitis B without delta-agent | | | | |
| Diabetes | 10/07/2019 | | | |
| Hyperlipidemia | 12/23/2019 | | | |

## Mental Status Evaluation

**Written narrative:** General appearance: unable to assess; Attitude: cooperative; Activity: unable to assess; Speech: wnl; Mood: depressed; Affect: unable to assess; Thought Process: logical; Thought Content: denies SI/HI/VH/AH, denies delusions; Insight: fair; judgment: fair; Intelligence: average

## Risk Assessment

| Risk | Current | Past | Documented | Event Date | Approximate Date | Ideation | Plan | Intent | Scale |
|---|---|---|---|---|---|---|---|---|---|
| Homicide | Denies | | 04/19/2022 | 04/19/2022 | No | | | | |
| Property | Denies | | 04/19/2022 | 04/19/2022 | No | | | | |
| Suicide | Denies | | 04/19/2022 | 04/19/2022 | No | | | | |

| Attempt | Planned/Impulsive | Drug/Alcohol Influenced | Medically Treated | Plan Attempt Description |
|---|---|---|---|---|
| | | | | |

## Assessment/Diagnosis

| Code | Diagnosis Description | Status | Impression | Type |
|---|---|---|---|---|
| F32.1 | Major depressive disorder, single episode, moderate | | | Continuing |

F43.10    Post-traumatic stress disorder, unspecified                    New

## Medication Information/Consent

### Allergies

| Ingredient | Reaction | Medication Name | Comment |
|---|---|---|---|
| NO KNOWN ALLERGIES | | | |

### Medications prescribed this visit

| Medication | Directions | Qty |
|---|---|---|
| sertraline 25 mg tablet | take 1 tablet by oral route  every day | 30 |

### Active Medications

| Medication | Directions | Start Date | Stop Date | Qty |
|---|---|---|---|---|
| Truetest Test Strips | inject by Misc.(Non-Drug; Combo Route) route  every day | 07/28/2020 | | 50 |
| lancets | inject 1 Box by Misc.(Non-Drug; Combo Route) route 2 times every day | 07/28/2020 | | 100 |
| metformin ER 1,000 mg tablet,extended release 24hr | take 1 Tablet by oral route 2 times every day with the evening meal | 06/09/2022 | | 180 |
| Zetia 10 mg tablet | take 1 tablet by oral route  every day | 06/09/2022 | | 90 |
| Lipitor 40 mg tablet | take 1 tablet by oral route  every bedtime | 06/09/2022 | | 90 |
| Vitamin D3 125 mcg (5,000 unit) tablet | take 1 tablet by oral route  every day | 09/09/2022 | | 90 |
| sertraline 25 mg tablet | take 1 tablet by oral route  every day | 09/28/2022 | | 30 |

## Plan

Risks/benefits/side effects of all medications discussed with patient, including alternatives to pharmacologic therapy.  Pt expressed full understanding and consented to taking the medication.  Pt was provided with time to ask any questions about the medications during session. Patient was advised to call 911 or go to nearest ER should pt feel suicidal, homicidal or have any other psychiatric emergency.  Start sertraline 25mg po qd. Psychotherapy.

## Charges

| Service Code | Min | Units | Start Time | End Time | Provider |
|---|---|---|---|---|---|
| 90792 | 90 | 1 | 5:00 PM | 6:30 PM | Jennifer Yu |

*Completed by:*
Yu, Jennifer  09/29/2022 2:03 PM

**Electronically Signed By: Jennifer Yu 09/29/2022 02:03 PM**

*Document generated by Jennifer Yu NP 09/29/2022 02:03 PM.*

Chinatown Service Center
767 N Hill St
Los Angeles, CA 90012-3381

**Current Visit Location: Chinatown Service Center**

**Chinatown Service Center | Behavioral Health**

767 N Hill St Ste 400B | Los Angeles, CA 90012
213-808-1720          | Fax# 213-253-0883

**Chinatown Service Center - Alhambra
| Behavioral Health**

320 S Garfield Ave Unit 202 | Alhambra, CA 91801
626-598-3883              | Fax# 626-988-5157

Exhibit "4"

## State of California
### Secretary of State

I, Shirley N. Weber, Ph.D., Secretary of State, in the name and by the authority of the People of the State of California, do appoint and commission

### YUE WANG

# Notary Public
### of the State of California

Commission Number: 2401496

Term commencing  April 22, 2022 and ending  April 21, 2026 with the principal place of business in the county of LOS ANGELES.



IN WITNESS WHEREOF, I execute this certificate and affix the GREAT SEAL of the State of California this 18th day of April 2022.

**SHIRLEY N. WEBER, Ph.D.**
**Secretary of State**

NP-25A (REV 01/2021)



# State of California

## Department of Real Estate

# Real Estate Salesperson License

Yue Wang

**BROKER AFFILIATION**

NAVIGATORS REAL ESTATE, INC.
17426 COLIMA RD
ROWLAND HEIGHTS, CA 91748

*Identification Number:* **02097884**   *Issued:* **September 16, 2019**   *Expires:* **September 15, 2023**

# California Department of Insurance

### *YUE WANG*
*License # 0M91561*

Pursuant to the requirements of the State of California Insurance Code,
YUE WANG is authorized to act in the following capacity:

| License | Effective Date | Expiration Date |
|---|---|---|
| Resident Insurance Producer | 04/08/2019 | 04/30/2023 |
| **Qualifications** | | |
| Accident and Health Agent | 04/08/2019 | |
| Casualty Broker-Agent | 02/27/2020 | |
| Life-Only Agent | 04/08/2019 | |
| Property Broker-Agent | 02/27/2020 | |

Business Address: 455 N Raymond Ave Apt 210, Pasadena, California 91103



Ricardo Lara, Insurance Commissioner



Please note: To validate the accuracy of this license you may review the individual or business entity's license record on the California Department of Insurance's website at www.insurance.ca.gov "Check License Status."