UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUE WANG,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>CITY OF MONTEREY PARK, et al.,<br><br>　　　　　　　Defendants. | Case No. 2:23-cv-01160-FLA (DFM)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

1

**ORDER**

Pursuant to 28 U.S.C. § 636, the court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the assigned United States Magistrate Judge. No objections were filed by the deadline. The court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

ACCORDINGLY, IT IS ORDERED that Judgment be entered dismissing Plaintiff's Complaint with prejudice because it is barred by res judicata. All pending deadlines are VACATED and all pending Motions are DENIED as moot.

IT IS SO ORDERED.

Dated: January 17, 2024

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge