JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| YUE WANG, | Case No. 2:23-cv-01160-FLA (DFM) |
|---|---|
| Plaintiff, | **JUDGMENT** |
| v. | |
| CITY OF MONTEREY PARK, et al., | |
| Defendants. | |

Pursuant to the court's Order Accepting the Report and Recommendation of United States Magistrate Judge, IT IS ADJUDGED that Plaintiff's Complaint be dismissed with prejudice because it is barred by res judicata.

Dated: January 17, 2024

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge